248 So.2d 735

**Louise SMOOT**

v.

**TIME FINANCE CO. OF PRICHARD, INC.,**
d/b/a Merit Finance Company No. 2.

1 Div. 38.

Court of Civil Appeals of Alabama.

June 2, 1971.

Fred F. Smith, Jr., Prichard, for appellant.

Perloff, Reid & Briskman, Mobile, for appellee.

THAGARD, Presiding Judge.

The issues raised in this case are the same as those raised in the case of Walker v. Kilborn, 46 Ala.App. 695, 248 So.2d 736, decided by this court on May 26, 1971, in an opinion written by Judge Wright. Upon the authority of the holding in that case the judgment of the trial court in this case is reversed and the case is remanded for further proceedings in accordance with law.

Reversed and remanded.

246 So.2d 87

**Theo WORD, Jr.**

v.

**CITY OF DECATUR.**

8 Div. 119.

Court of Criminal Appeals of Alabama.

March 2, 1971.

Ralph E. Slate, Decatur, for appellant.

Coleman & Cauthen, Decatur, for the City of Decatur.

PER CURIAM:

On authority of Ray v. City of Prichard, 45 Ala.App. 32, 222 So.2d 345 (cert. den. 396 U.S. 931, 90 S.Ct. 261, 24 L.Ed.2d 228), the judgment below is

Affirmed.

CATES, J., dissents on authority of Waller v. Florida, 397 U.S. 387, 90 S.Ct. 1184, 25 L.Ed.2d 435, and his dissenting opinion in Lazarte v. City of Mountain Brook, 6 Div. 1, 46 Ala.App. 653, 248 So.2d 148 (presently on cert. in the Sup.Ct. of Ala.).